UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------    :
IRA V. ALSTON,                                 :     No. 3:07cv1656 (DJS)
            Petitioner                         :
      v.                                       :
                                               :
JEFFREY MCGILL ET AL.,                         :
            Respondents                        :     April 9, 2009
------------------------------------------    :
```

### PETITIONER'S MOTION TO DISMISS

Petitioner, by and through his undersigned counsel, in the interest of exhausting his state remedies, respectfully moves this court to dismiss the above-captioned Petition for Writ of Habeas Corpus, without prejudice.

                Respectfully submitted,
                PETITIONER IRA V. ALSTON

                /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2009, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.

David M. Kutzner, Esq.
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
david.kutzner@po.state.ct.us

                                        /s/ Robert J. Sullivan, Jr.
                              _____
                              Robert J. Sullivan, Jr.
                              LAW OFFICES OF ROBERT SULLIVAN
                              190 Main St.,   Westport, CT 06880
                              Phone:  203/227-1404
                              Fax: 203/226-6403
                              Federal Bar No. CT08969
                              E-mail: rjslaw@optonline.net; rjslawdl@optonline.net

-2-

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969