United States District Court
District of Connecticut

Ira Alston

Case No. 3:07cv1656(JCH)

v.

Warden, State Prison      Date: May 6, 2010

Request/Motion for Permission to Re-open File or In the Alternative Re-file Application for Writ of Habeas Corpus Petition Pursuant to 28 U.S.C. § 2254

Petitioner in the above captioned matter hereby request permission to Re-open his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 said Request is primarily based upon the Reason(s) that follows.

#1. Petitioner on July 3, 2002, was convicted in State court on Manslaughter in the first Degree w/ a Firearm and Carrying a Pistol without a Permit.

#2. On September 19, 2003, Petitioner appealed

Oral Argument is Requested

the Judgement of conviction that was entered on July 3, 2002

#3. On January 11, 2005, the State highest court Affirmed Petitioner conviction And Sentence

#4. On January 27, 2005, Petitioner filed A State habeas Corpus Petition In the Superior Court of Rockville CT 06066 Asserting the Same Claims/Grounds For Relief As In this Court Application For Writ of habeas Corpus Pursuant to 28 U.S.C. § 2254

#5. The Superior court of Rockville Appointed Special Public defender Joseph Visone to Represent the Petitioner In the State Action. For 2 And 1/2 years while Petitioner was Being Represented By court Appointed counsel Petitioner habeas corpus Action Stayed on the Court's Docket totally Inactive.

#6. Finally Being Financially Able to do so, Petitioner Retained Private counsel: Attorney FRANK P. CAnnatelli under the verbal contract that Attorney Cannatelli will Resolve the matter in A Reasonable time Period.

2

#7. Believing that the State court have un-necessarily delayed Resolution in the Petitioner State habeas Corpus Action Petitioner filed A federal Application for A writ of habeas Corpus Pursuant to 28 U.S.C. § 2254 in this court on november 5, 2007 with A motion for Leave to Proceed in forma Pauperis Pursuant to 28 U.S.C. § 1915

#8. On november 27, 2007, Petitioner Leave to Proceed in forma Pauperis status was Granted (Docket #3)

#9. Still having not been to A hearing in the State habeas Action And Believing that Retained counsel didn't have Any Intentions on seeing to it that Petitioner Be Brought to A Hearing in A Reasonable time period, Petitioner, in may of 2008, terminated the Services of Retained Counsel And elected to Proceed As self-Represented in the State habeas Corpus Action.

#10. On May 14, 2008, this court issued An order to show cause in the Above

captioned matter (Docket #4)

#11. On July 1, 2008, Petitioner filed with this court a motion for Appointment of counsel (Docket #8)

#12. Petitioner on August 13, 2008, had a hearing in the State Superior court on his motion to terminate Retained counsel which was granted by the State court. This same day the court granted Petitioner's Request to proceed as self-represented in the State habeas corpus action.

#13. By order of this court (Docket #12) granting Petitioner's motion for Appointment of Counsel Attorney Robert J. Sullivan Jr. was appointed by this court on September 3, 2008, to Represent Petitioner in the Above captioned Action.

#14. After filing a motion for extension of time on June 18, 2008, to comply with order to show cause (Docket #7) which was granted by order of this court (Docket #9) The Respondents on September 10, 2008, filed

4

their motion to dismiss Petitioner's Application for Writ of Habeas Corpus Petition filed in this court.

#15. During a telephone conference with court appointed counsel: Attorney Sullivan said counsel persuaded Petitioner that this Circuit have yet to hold that the time Petitioner claim have been an inordinate delay in the State Habeas Action by way of Resolution is, in fact, cause to invoke the exception to the exhaustation Requirement of State Remedies. Put simply, Attorney Sullivan told Petitioner that the federal Habeas Corpus Action will get dismissed for failure to exhaust State court available Remedies that this Circuit have not found an inordinate delay in the Petitioner's Circumstances.

#16. Totally ignorant to the legality of the issues involved that Attorney Sullivan was discussing, Petitioner accepted Attorney Sullivan's advise to withdraw the federal application for a Writ of Habeas Corpus/The above captioned matter still preserving the opportunity to Return to federal court

5

After exhausting State Remedies.

#17. During this same telephone conference Attorney Sullivan elected to represent the Petitioner in the State habeas corpus Action.

#18. Based on Petitioner's ignorance at the time of the conference telephone call with Atty. Sullivan respecting the legality of this issues Atty Sullivan was discussing And the fact that Atty Sullivan elected to Represent Petitioner in the State habeas Corpus Action, The Petitioner, withdrew the habeas corpus Action in the Above Captioned matter And Accepted Atty. Sullivan Representation in State court.

#19. The Above Captioned matter was withdrawn And on March 5, 2009 during the only time Petitioner seen Atty Sullivan Petitioner signed papers to have Atty Sullivan Represent the Petitioner in State Court.

#20 On April 5, 2009, Atty Sullivan filed His Appearance on Behalf of Petitioner in

6

the State Court habeas corpus matter

#21. From March 5, 2009 to October 29, 2009, a total of Seven (7) months Petitioner did not see or hear from Atty. Sullivan despite Petitioner's numerous letters and Request for written Reply. The only Reply came in way of Responding to Petitioner's grievance filed against against Atty. Sullivan with the State wide grievance committee.

#22. During this telephone conference on October 29, 2009, Atty. Sullivan Promised that he would effectively communicate with Petitioner relating to the State habeas corpus action and Apologized for the Inconvenience. Believing that Atty. Sullivan was Sincere Petitioner withdraw the State wide grievance And his State motion to withdraw Court Appointed counsel.

#23. Since the October 29, 2009 telephone conference call Petitioner have spoke to Atty. Sullivan once. Despite Petitioner's numerous letters and Request for written Respond Atty. Sullivan have and continue to

7

fail to Respond to Petitioner's correspondences, questions and/or Requests. At no time since March 5, 2009, have Petitioner seen the said Atty. Robert J. Sullivan Jr. At no time have the said Atty Robert J. Sullivan Jr. Responded to any of Petitioner's correspondence. At no time since Atty Robert J. Sullivan Jr Filed his appearance on behalf of the Petitioner in the State habeas action have there been any activity on the matter in State court. For the past 13 months Petitioner's State habeas corpus action have been on the State court docket inactive.

#24. Atty. Sullivan have coerced the Petitioner to withdraw the above action just to cause more delays in Resolution. The Petitioner's State habeas corpus action have been Pending in State Court for a total number of 5 years without Resolution of any sort.

#25. But for said actions of Atty. Sullivan Petitioner would have never withdraw the above captioned matter.

Therefore, the Petitioner is Requesting that

8

this Court Re-open File no. 3:07cv1656(dCH) And Permit the matter to Proceed exactly where it was withdrawn from with the Appointment of new counsel (see motion for Appointment of Counsel dated May 2010) or In the Alternative Permit Petitioner to Re-File A new Application for writ of habeas corpus Pursuant to 28 U.S.C. § 2254 such Application with the $5.00 filing fee is Attached to this motion/Request.

Dated May 6 2010

Respectfully Submitted
The Petitioner
Ira Alston
IRA Alston 275146
Northern C.I.
287 Bilton RD
Somers CT 06071

ORDER

The Above Request Having Been heard By this Court is hereby Granted /// Denied

By the Court

Clerk / Judge

9

Certification

This is to certify that a copy of the foregoing motion/request and attached application for writ of habeas corpus was sent to:

Law Office of
Robert J. Sullivan Jr. esq.
190 Main Street
West Port CT 06880

David M. Kutzner esq.
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067

On this 6th day of May 2010

*Ira Alston*
Ira Alston